UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
WILSON FERRERA,

                Plaintiff,        **MEMORANDUM AND ORDER**

    -against-                  14-cv-4657 (FB) (LB)

TIRE SHOP CENTER and
LEOMARES LUNA,

                Defendants.
---------------------------------------------------x

*Appearances*:

*For Plaintiff*:
JODI JILL JAFFE
Jaffe Glenn Law Group, P.A.
301 North Harrison Street
Suite 9F #306
Princeton, NJ 08540

**BLOCK, Senior District Judge**:

On October 14, 2016, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") recommending that plaintiff's Motion for Default Judgment be granted and plaintiff be awarded $12,034.50 in damages, fees, and costs. No objections have been filed to date, and defendants' opportunity to object has passed.

Where there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court

must conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without de novo review and grants plaintiff's Motion for Default Judgment.

**SO ORDERED**.

/S/ Frederic Block  
FREDERIC BLOCK  
Senior United States District Judge

Brooklyn, New York  
January 3, 2016